

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00707-CR

Burdane Maurice **GRANGER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17780
Honorable Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 24, 2019.

_____
Patricia O. Alvarez, Justice